ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JORDAN S. CARLSON, ESQ.
Nevada Bar No. 17169
Jcarlson@SHJnevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRUZ LOPEZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; THE WEBSTAURANT STORE, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 3:26-cv-00832-ART-CSD<br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff CRUZ LOPEZ ("Plaintiff"), by and through his counsel of record, MATTHEW T. HALE, ESQ., and MARIAN L. MASSEY, ESQ. of GREENBERG GROSS LLP, and Defendants THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; THE WEBSTAURANT STORE, INC., a Nevada corporation, ("Defendants"), by and through its counsel of record, ANTHONY L. HALL, ESQ. and JORDAN S. CARLSON, ESQ., of SIMONS HALL JOHNSTON PC, hereby stipulate and agree that the parties' response to the Complaint, which is currently set for Wednesday, November 18, 2026, be extended for a period of two (2) weeks, until Tuesday, December 1, 2026.

This Stipulation was prepared by counsel for Defendants with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: November 19, 2026

**GREENBERG GROSS LLP**

*/s/Marian Massey*

Matthew T. Hale, Esq.
Marian Massey, Esq.
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Counsel for Plaintiff*

Dated: November 19, 2026

**SIMONS HALL JOHNSTON PC**

*/s/Anthony L. Hall*

Anthony L. Hall, Esq.
Jordan S. Carlson, Esq.
690 Sierra Rose Drive
Reno, NV 89511
*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this 19th day of November 2026.

UNITED STATES MAGISTRATE JUDGE

SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088