ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JORDAN S. CARLSON, ESQ.
Nevada Bar No. 17169
Jcarlson@SHJnevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRUZ LOPEZ, an individual;<br>Plaintiff,<br>vs.<br>THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; THE WEBSTAURANT STORE, INC., a Nevada corporation,<br>Defendants. | Case No.: 3:26-cv-00832-ART-CSD<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br>**[SECOND REQUEST]** |

Plaintiff CRUZ LOPEZ ("Plaintiff"), by and through his counsel of record, MATTHEW T. HALE, ESQ., and MARIAN L. MASSEY, ESQ. of GREENBERG GROSS LLP, and Defendants THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; THE WEBSTAURANT STORE, INC., a Nevada corporation, ("Defendants"), by and through its counsel of record, ANTHONY L. HALL, ESQ. and JORDAN S. CARLSON, ESQ., of SIMONS HALL JOHNSTON PC, hereby stipulate and agree that the parties' response to the Complaint, which is currently set for Tuesday, December 1, 2026, be extended for a period of one (1) week, until Tuesday, December 8, 2026.



**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

This Stipulation was prepared by counsel for Defendants with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: November 25th, 2026

**GREENBERG GROSS LLP**

*/s/Matthew T. Hale, Esq.*

Matthew T. Hale, Esq.
Marian Massey, Esq.
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Counsel for Plaintiff*

Dated: November 25th, 2026

**SIMONS HALL JOHNSTON PC**

*/s/Anthony L. Hall, Esq.*

Anthony L. Hall, Esq.
Jordan S. Carlson, Esq.
690 Sierra Rose Drive
Reno, NV 89511
*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this 25th day of November 2026.

U.S. Magistrate Judge

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

**CERTIFICATE OF SERVICE**

I, Denise Eardley, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Dr., Reno, NV 89511. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (SECOND REQUEST)** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

Matthew T. Hale, Esq.
Marian Massey, Esq.
GREENBERG GROSS LLP
MHale@GGTrialLaw.com
MMassey@GGTrialLaw.com

I, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 25, 2026.

*/s/ Denise Eardley*
Employee of Simons Hall Johnston